IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-cr-003 |
| | ) | (Varlan/Guyton) |
| LEMARICUS DEVALL DAVIDSON, | ) | |
| also known as "Slim," | ) | |
| LATALVIS DARNELL DAVIDSON, | ) | |
| also known as Letalvis Cobbins, | ) | |
| also known as "Rome," | ) | |
| ERIC DEWAYNE BOYD, | ) | |
| also known as "E," and | ) | |
| GEORGE GEOVONNI THOMAS, | ) | |
| also known as "G," | ) | |
| also known as "Detroit," | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

The defendant Lemaricus Devall Davidson moves the Court to enter an Order designating this case as complex. [Doc. 19]. The defendants Letalvis D. Davidson, Eric D. Boyd, and George G. Thomas jointly filed a notice [Doc. 40], indicating that they have no opposition to this motion. The government has also filed a notice [Doc. 41], indicating that it does not oppose the designation of this case as complex.

The Court finds that this case involves voluminous discovery and investigations by multiple state and federal law enforcement agencies in two states. Accordingly, the Court finds that it is unreasonable to expect the parties to prepare adequately for pretrial matters or for trial within the time limits established by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(B)(ii). The Court therefore declares this case to be unusual and complex for purposes of the Speedy Trial Act due to the nature of the prosecution and the voluminous discovery involved. Accordingly, the defendant Lemaricus Devall Davidson's Motion for Designation as Complex Case [Doc. 19] is **GRANTED**.

The Court will hold a hearing on the defendant Lemaricus Devall Davidson's Motion to Extend Deadlines to Allow Adequate Time to Provide Effective Assistance of Counsel [Doc. 20] and the government's Motion to Extend Discovery Deadline [Doc. 42] on **February 8, 2007 at 10:00 a.m.**

**IT IS SO ORDERED.**

                                          **ENTER:**

                                          s/ H. Bruce Guyton
                                        United States Magistrate Judge