IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-03 |
| | ) | (Varlan / Guyton) |
| ERIC DEWAYNE BOYD, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of Defendant's Motion for Release of Brady Materials [Doc. 67], filed on July 23, 2007.

The Court notes that the Order on Discovery and Scheduling [Doc. 23] specifically addresses the government's obligations to provide exculpatory information to the Defendant. The Court finds that the government's duty to provide exculpatory information is sufficiently covered by the Court's Order on Discovery and Scheduling [Doc. 23] and Brady, which is self-effectuating. Accordingly, without some further showing of the government's non-compliance with its presently existing obligation, Defendant's Motion for Release of Brady Materials **[Doc. 67]** is **DENIED.**

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge